**Wayne Arthur MASON, Appellant,**

v.

**Karen Denise MASON, Respondent.**

### No. WD 45993.

Missouri Court of Appeals,
Western District.

April 6, 1993.

Randall Dean Crawford, Koelling & Crawford, P.C., Kansas City, for appellant.

Karen Denise Mason, pro se.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from the trial court's denial of a motion to modify the custody order and the trial court's order to pay attorney fees.

The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Donald G. RICONO, Sr., Appellant.**

and

**Donald G. RICONO, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. WD 44196.

Missouri Court of Appeals,
Western District.

April 13, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

## ORDER

PER CURIAM:

Consolidated appeal from a felony conviction for theft of a motor vehicle in violation of § 570.030, RSMo 1986; and from the denial of a Rule 29.15 motion for post-conviction relief after evidentiary hearing.

Conviction and denial of post-conviction relief affirmed. Rules 30.25(b) and 84.16(b).